AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 18-3773

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Mohammed Al-Bakri, individually
was received by me on *(date)* 9/7/18 .

☑ I personally served the summons on the individual at *(place)* 7317 Glandale Dr. Plano TX
on *(date)* 9/8/18 at 10:27 AM

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 9/8/18

Ann Wixom
*Server's signature*

Ann Wixom - Process Server
*Printed name and title*  PSC 1343
EO 10/31/20

2913 E. Park Blvd Plano TX 75074
*Server's address*

Additional information regarding attempted service, etc: